AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 3 2021

Neal K. Maddox, a/k/a
Scott K.,[1]
Complainant,

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

v.

Dr. Benjamin S. Carson, Sr., M.D.,
Secretary,
Department of Housing and Urban Development,
Agency.

Appeal No. 0120181719
Hearing No. 570-2017-01011X
Agency No. HUD000242016

4:21-cv-353-BSM

This case assigned to District Judge *Miller*
and to Magistrate Judge *Deere*

Comes now the Plaintiff, Pro Se, and states the following.

2013-2014

Plaintiff applied for 25+ positions with the US Department of Housing and Urban Development (USHUD).

Plaintiff was only interviewed by USHUD for 1 or 2+ of these positions.

Plaintiff was previously employed by the USHUD as a Supervisory Loan Specialist (Realty) GS 1165-13.

2014

Plaintiff filed a Freedom of Information Act (FOIA) request with US HUD.

It required the assistance of US Senator Boozman in order to obtain a USHUD response to the FOIA.

2015 (on or about August 1+)

Plaintiff filed an Equal Opportunity Complaint, based upon the "proof" contained in the 2015 USHUD FOIA response, with USHUD through the Little Rock AR USHUD Office as directed by USHUD (none of the job positions were located in Arkansas), which was subsequently sent to the USHUD Office in Washington DC.

2015-2016

I had one discussion (that I recall) with a MR. Smith of the USHUD Equal Employment Opportunity Complaint Department / Office in Washington DC (as per his statement)

In our negotiations regarding my USHUD EEO Complaint I informed Mr. Smith that based upon the FOIA response in 2015, proof furnished by USHUD, it proved that I had been denied a job because of my Age, Race and Gender.

As I recall I offered to accept a position in the USHUD Reginal Office in Fort Worth Texas at the GS Grade 12 or 13 Grade(s) Step 10 with retroactive pay and benefits.

I have never received a counter offer from US HUD.

USHUD informed me that I could file a complaint with the US Equal Employment Opportunity Commission (USEEOC).

2017-2019 September 30+

The US Government Entity (USHUD) and the US Government Office of Federal Operations (OFO) US Equal Employment Opportunity Commission (EEOC) took 5 years to process Plaintiff's EEO Complaint an

and gave me only 90 Days to appeal to the US District Court for the Eastern District of Arkansas.

2020

Attached is a copy of the FOIA (Text) that the Plaintiff submitted to the US Government Office of Federal Operations (OFO) US Equal Employment Opportunity Commission (EEOC). This was an attempt to determine if the USHUD / USEEOC staff had attempted to prevent Plaintiff frog m obtaining an attorney.

Plaintiff prays that the US Court will require the USHUD to furnish a copy of the USHUD response to the Plaintiff's FOIA request of 2014-2015 and that the USHUD be required to furnish an updated statement of the demographics (persons over 40 years of age, Race and Gender) for USHUD for the period ending December 2019

Plaintiff prays that the US Court will at least review this petition under the circumstances that the USHUD and USEEOC took 5+ Years to issue a finding and only gave the Plaintiff 90 days to obtain an attorney and file with the court.

Plaintiff prays that the US Court will not make this filling made public to Newspapers and TV news channels, etc.

Plaintiff Prays for a waiver of all filing fees as USHUD, the USEEOCUS District Court are US Government Entities.

Plaintiff request assistance in finding an attorney If determined necessary by the US District Court.

Plaintiff has been unable to obtain an Attorney both during the allowed 90 days and to date. Attorneys have indicated that the attorney would not accept an US Equal Employment Opportunity Commission case.

Plaintiff prays for a US District Court Judicial (non-Jury) review and / or hearing (if needed) that results in a finding in the Plaintiff's favor and a finding that Plaintiff should be hired by USHUD, and given a job in Fort Worth Texas USHUD Regional Office as a GS 13 Step 10 or GS12 Step 10 with retroactive back pay and benefits from August 1, 2013; and / or such monetary Amount the Court may award.

Attached is a copy of the FOIA dated February 10, 2020 that the Plaintiff submitted to the US Government Office of Federal Operations (OFO) US Equal Employment Opportunity Commission (EEOC). This FOIA was submitted because of a possibility the EEOC OFO is affecting the Plaintiff's ability to obtain Attorney representation in Arkansas. Plaintiff has asked for a reply signed by person in authority but no reply has been furnished.

[[No response from the USEEOC signed by a person with Authority has been received.
February 10, 2020
                            Freedom of Information Act Request
Victoria Lipnic
Commission Chair
US Equal Employment Opportunity Commission
131 M St, NE
Washington, DC 20002

Dear Madam,
Please furnish me a complete US Equal Employment Opportunity Commission, Office of Federal Operations (OFO) staff Directory giving full names, job titles, telephone numbers and such other information normally included in a staff directory.

Please furnish to me the total number of EEO Complaints Claims given to the OFO to review, the total number of members of the Caucasian Race, the total number of Negro Race, and the total number of Mongolian Race persons that make up the total number of Complaints filed by year from January 1, 2016 to January 1, 2020.  Also give the total number of months that the OFO has taken on the average in reviewing the case and reaching a decision.

Please furnish to me the total number of EEO Complaints Claims given to the OFO to review by Year and by Race for the period from January 2008 through December 2008. Also give the total number of months that the OFO has taken on the average in reviewing the case and reaching a decision.

Please furnish records of phone calls from the OFO to Arkansas Area Codes 501, 870, and 479 for the period from September1, 2014 to January 1, 2020.
I received Via Email on 10-12-19 US EEOC IG Milton Mayo informed me that "Someone from our investigative staff will contact you" regarding my complaint. No one has contacted me. What is the status of my filing with the US EEOCIG? Why has no action been taken?

I was also informed via email, on or about September 1, 2019, by the US EEOC OFO "Attorney of the Day" (no name ever given) that my US EEOC appeal regarding my EEO Complaint against US Department of Housing and Urban Development was after Five Years under investigation by US EEOC.

Please furnish me the name and all pertinent information on the "Attorney of the Day". Please furnish a copy of the "Investigation" that was made as indicated by the "Attorney of the Day".

Please furnish me the report on the investigation of my US EEOC Complaint.
All of the information requested is statistical in nature and should be available in the OFO computer records retrieval system and / or in already completed reports that are available.
Please state why I was not allowed to participate in the USEEOC Hearing before the Commission.
Please state why my "proof", as set forth in the US HUD FOIA Response and which was submitted in my EEO Appeal to the USEEOC, of US HUD Employment Discrimination was apparently not considered by the USEEOC Commissioners.
I was informed that I could have an Administrative Judge (AJ) review my complaint.
Please explain the following:
Why an AJ was not assigned to my Complaint for 1+- Year.
Why the AJ never conducted a phone conference with USHUD and Me let alone conducted any hearings, etc and then issue a "Dismissal" of my Complaint after the close of the business day.
I changed my mind about the AJ and informed the AJ and OFO of this request. No reason was given as to why my request was not granted even though it was made the day after the AJ action. Why was my request not granted?

I have been unable to obtain an Attorney to file an action in US District Court on my EEOC Complaint regarding Us HUD.

Please furnish me the number of USEEEOC Decisions that have been moved to the US District Courts in Arkansas from January 1, 200 to January 1, 2020.

All of this information which I have requested should be in reports or accessible from a Computer by a Grade GS3 us Government Civil Servant.

Please furnish the US EEOC Commissioner and or the US Attorney I should summit this to for an investigation.

Please acknowledge that you have received this FOIA Request and give the person's name, etc., you assign to respond and any other information.
Thank you,
Neal K. Maddox
12018 Black Walnut Circle
Little Rock, AR 72210
479-236-6466]]

Prepared to the best of my recall over the last 8 to 9 years.
Respectfully,

Neal K. Maddox
12018 Black Walnut Circle
Little Rock, AR 72210
479-236-6466 maddoxnk@hotmail.com
Attachments:
2 USHUD "Response "to Plaintiff's FOIA of 2014+-.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

APR 2 9 2015

OFFICE OF ADMINISTRATION

Mr. Neal Maddox
12018 Black Walnut Circle
Little Rock, AR  72210

RE:   Freedom of Information Act Request
      FOIA Control No.: 15-FI-HQ-00097

Dear Mr. Maddox:

This letter is in response to your Freedom of Information Act (FOIA) request dated October 8, 2014.  In addition to information regarding the specific jobs listed below,  you requested the total percentages for the races:  Black (Negro), plus White (Caucasian), plus yellow (Mongolian), equals 100 percent and gender ratio plus male percentages plus female percentages equals 100 percent." You also asked for the following information for each position:

1. Veteran preference.
2. Gender.
3. Race:  Black (Negro), White (Caucasian), yellow (Mongolian).
4. Age at time hired.
5. U.S. state of residence when hired.

Job Title:  Financial Analyst
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Community Planning and Development
Job Announcement Number:  F13-MP-812830-gft

Job Title:  Management Analyst
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-646

Job Title:  Senior Single Family Housing Specialist (REO)
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-579

Job Title:  Senior Reality Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-373

Job Title:  Account Executive
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-348

Job Title:  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-365

Job Title:  Underwriting Analyst
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-431

Job Title:  Account Executive
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-361

Job Title:  Branch Chief, Account Executive Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-331

Job Title:  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-365

Job Title:  Underwriting Analyst
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-431

Job Title:  Account Executive
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-361

Job Title:  Funding Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-378

Job Title:  Branch Chief, Technical Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-313

Job Title:  Branch Chief, Underwriter Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-333

Job Title:  Grants Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Community Planning and Development
Job Announcement Number:  14-HUD-369

Job Title:  Branch Team Technical Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-313

Job Title:  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-226

Job Title:  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-119

Job Title:  Senior Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-147

Job Title:  Senior Single Family Housing Specialist (QAD)
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-138

4.

Job Title:  Housing Program Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-124

Job Title:  Supervisory Housing Program Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-019

Job Title:  Multifamily HUB Director
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  13-HUD-187

Job Title:  Director, Processing and Underwriting Division
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  13-HUD-102P

Job Title:  Senior Single Family Housing Specialist (QAD)
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  13-HUD-082

Job Title:  Supervisory Single Family Housing Specialist (REO)
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  F2-MP-735171-TRD

Job Title:  Senior Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  F12-738809-HUD-JN

Job Title:  Senior Project Manager
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Community Planning and Development
Job Announcement Number:  F12-MP-711703-RSC

Job Title:  Branch Chief, Account Executive Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Community Planning and Development
Job Announcement Number:  14-HUD-331

FY2014

| Employment Tenure | TOTAL EMPLOYEES | | | Hispanic or Latino | | Non-Hispanic or Latino | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | White | | Black or African American | | Asian | | Native Hawaiian or Other Pacific Islander | | American Indian or Alaska Native | | Two or more races | |
| | All | male | female | male | female | male | female | male | female | male | female | male | female | male | female | male | female |
| **TOTAL** | | | | | | | | | | | | | | | | | |
| FY2014 # | 8141 | 3163 | 4978 | 235 | 389 | 1822 | 1890 | 867 | 2363 | 179 | 239 | 8 | 9 | 38 | 67 | 12 | 21 |
| % | 100.00% | 38.85% | 61.15% | 2.89% | 4.78% | 22.38% | 23.22% | 10.67% | 29.03% | 2.20% | 2.94% | 0.10% | 0.11% | 0.47% | 0.82% | 0.15% | 0.26% |

Job Title: Funding Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-378

Job Title: Single family Housing Specialist (REO)
Department: Department of Housing and Urban Development
Agency: Department of Housing and Urban Development – Agency-wide
Job Announcement Number: 14-HUD-164

Job Title: Supervisory Housing Program Policy Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-020P

When responding to a FOIA request, the Department of Housing and Urban Development searches for responsive documents existing up to the date that the request is received in the Department's FOIA Branch. Your request was received on October 8, 2014.

Your request is granted in full. The following information is enclosed for the selectee of each job announcement listed in your request: (1) Veteran preference; (2) gender, (3) race (4) age at time hired, and; (5) U.S. state of residence when hired. Also, enclosed is the total of HUD percentages for the races: Black (Negro), plus White (Caucasian), plus yellow (Mongolian), equals 100 percent and gender ratio male percent plus female percent equals 100 percent.

For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal information, such as home address telephone number, or Social Security number, all of which are protected from disclosure under FOIA Exemption 6.

If you need additional information, please contact Ms. Eugenia Harris at (202) 402-5074. Thank you for your interest in the Department's programs and policies.

Sincerely,

Dolores W. Cole
Director for FOIA and
    Executive Correspondence
Office of the Executive Secretariat

Enclosures

# Responses
# FOIA Request: 15-FI-HQ-00097-Neal Maddox

The following information is provided for each job announcement listed for this request:

1.   Veteran preference (of selectee)
2.   Gender (of selectee)
3.   Race (of selectee)
4.   Age at time hired (of selectee)
5.   U.S. State of residence when hired (of selectee)

---

**Job Title:** Financial Analyst
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Community Planning and Development
Job Announcement Number: F13-MP-812830-gft

**Agency Response:** No selection was made

**Job Title:** Management Analyst
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-646

**Agency Response:** One selection was made.
*   Non Veteran
*   Male
*   Caucasian
*   28
*   Oklahoma

**Job Title:** Senior Single Family Housing Specialist (REO)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-579

**Agency Response:** One selection was made
*   Non Veteran
*   Male
*   Black
*   51
*   Georgia

**Job Title:** Senior Realty Specialist
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-373

**Agency Response:** One selection was made.
- Non Veteran
- Female
- Caucasian
- 60
- Texas

**Job Title:** Account Executive
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-348

**Agency Response:** No selection was made.

**Job Title:** Underwriter
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-365

**Agency Response:** One selection was made.
- Non Veteran
- Female
- Caucasian
- 31
- California

**Job Title:** Underwriting Analyst
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-431

**Agency Response:** Two selections were made
- Both Non Veterans
- Both Female
- Both African American
- Ages are 44 & 57
- Texas & Missouri

**Job Title:** Account Executive
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-361

**Agency Response:** Three selections were made.
- All three were Non-Veterans
- Two Female. One Male
- 2 African American, 1 Caucasian
- Ages are 43, 33, and 29
- Missouri

**Job Title:** Branch Chief, Account Executive Team
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-3331

**Agency Response:** Two selections were made
- Both are  non-veterans
- Both are Female
- Both are Caucasian
- Ages are 31 and 53
- Virginia & Kansas

**Job Title:** Funding Specialist
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-378

**Agency Response:** One selection was made.
- Non Veteran
- Female
- African American
- 53
- Texas

**Job Title:** Branch Chief, Technical Team
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-313

**Agency Response:** Three selections were made
- All were  Non-Veterans
- Two Males. One Female
- One Hispanic/Latin America; Two Caucasian
- Ages are 59, 58, and 37
- Texas & Missouri

3

**Job Title:** Branch Chief, Underwriter Team
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-333

**Agency Response:** No selection was made.

**Job Title:** Grants Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-369

**Agency Response:** Two selections were made
- Both were Non-Veterans
- Both Female
- One Caucasian. One African American
- Ages are 28 and 49
- Missouri & Oklahoma

**Job Title:** Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-226

**Agency Response:** No selection was made

**Job Title:** Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-119

**Agency Response:** Two Selections were made.
- Both Non-Veterans
- Both Male
- Both Caucasian
- Ages are 53 and 51
- California & Colorado

**Job Title:** Senior Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-147

**Agency Response:** Three selections were made.
- All Non-Veterans
- One Male. Two Females

4

- One Hispanic. Two Caucasian
- Ages are 59, 40, and 47
- New Hampshire, Maryland, & Colorado

**Job Title:** Senior Single Family Housing Specialist (QAD)
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-3137

**Agency Response:** Three selections were made
- One Veteran. Two Non-Veterans
- One Female. Two Males
- One African American. Two Caucasian
- Ages are 36, 66, 32
- Florida & Georgia

**Job Title:** Housing Program Specialist
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-124

**Agency Response:** Three selections were made.
- One Veteran. Two Non-Veterans
- One Male. Two Female
- One African American. Two Caucasian
- Ages are 48, 51, and 31
- New Hampshire & Oklahoma

**Job Title:** Supervisory Housing Program Policy Specialist
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 14-HUD-019

**Agency Response:** One selection was made
- Non-Veteran
- Female
- Caucasian
- 39
- Oklahoma

**Job Title:** Multifamily HUB Director
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** 13-HUD-187

**Agency Response:** One selection was made.
- Non-Veteran

- Female
- Caucasian
- 40
- Missouri

**Job Title:** Director, Processing and Underwriting Division
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 13-HUD-102P

**Agency Response:** No Selection

**Job Title:** Senior Single Family Housing Specialist (QAD)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 13-HUD-082

**Agency Response:** One selection was made
- Non-Veteran
- Female
- Caucasian
- 64
- Colorado

**Job Title:** Supervisory Single Family Housing Specialist (REO)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: F12-MP-735171-TRD

**Agency Response:** One selection was made
- Veteran
- Male
- Caucasian
- 45
- Colorado

**Job Title:** Senior Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: F12-738809-HUD-IN

**Agency Response:** Three selections were made
- All Non-Veterans
- All Woman
- 2 Caucasian. 1 African American
- Ages are 47, 47, and 34
- New Jersey, Pennsylvania, and Alabama

6

**Job Title:** Senior Project Manager
**Department:** Department of Housing and Urban Development
**Agency:** Assistant Secretary for Housing-Federal Housing Commissioner
**Job Announcement Number:** F12-MP-711703-RSC

**Agency Response:** One selection
- **Non-Veteran**
- **Male**
- **Hispanic**
- **37**
- **Texas**

# Responses
# FOIA Request:  15-FI-HQ-00097-Neal Maddox

The following information is provided for each job announcement listed for this request:

1. Veteran preference (of selectee)
2. Gender (of selectee)
3. Race (of selectee)
4. Age at time hired (of selectee)
5. U.S. State of residence when hired (of selectee)

---

**1. Job Title:** Financial Analyst
Department: Department of Housing and Urban Development
Agency:  Assistant Secretary for Community Planning and Development
Job Announcement Number:  F13-MP-812830-gft

**Agency Response:**  No selection was made

**2. Job Title:** Management Analyst
Department: Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-646

**Agency Response:**  One selection was made.
- Non Veteran
- Male
- Caucasian
- 28
- Oklahoma

**3. Job Title:** Senior Single Family Housing Specialist (REO)
Department: Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-579

**Agency Response:**  One selection was made
- Non Veteran
- Male
- Black
- 51
- Georgia

**4. Job Title:** Senior Realty Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-373

**Agency Response:** One selection was made.
- Non Veteran
- Female
- Caucasian
- 60
- Texas

**5. Job Title:** Account Executive
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-348

**Agency Response:** No selection was made.

**6. Job Title:** Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-365

**Agency Response:** One selection was made.
- Non Veteran
- Female
- Caucasian
- 31
- California

**7. Job Title:** Underwriting Analyst
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-431

**Agency Response:** Two selections were made
- Both Non Veterans
- Both Female
- Both African American
- Ages are 44 & 57
- Texas & Missouri

**8. Job Title:** Account Executive
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-361

**Agency Response:**  Three selections were made.
- All three were Non-Veterans
- Two Female.  One Male
- 2 African American, 1 Caucasian
- Ages are 43, 33, and 29
- Missouri

**9. Job Title:**  Branch Chief, Account Executive Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-3331

**Agency Response:**  Two selections were made
- Both are  non-veterans
- Both are Female
- Both are Caucasian
- Ages are 31 and 53
- Virginia & Kansas

**10. Same announcement as #6.**

**11. Same announcement as #7.**

**12. Same announcement as #8.**

**13. Job Title:**  Funding Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-378

**Agency Response:**  One selection was made.
- Non Veteran
- Female
- African American
- 53
- Texas

**14. Job Title:**  Branch Chief, Technical Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-313

**Agency Response:**  Three selections were made
- All were  Non-Veterans
- Two Males.  One Female
- One Hispanic/Latin America; Two Caucasian
- Ages are 59, 58, and 37
- Texas & Missouri

**15. Job Title:**  Branch Chief, Underwriter Team
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-333

**Agency Response:**  No selection was made.

**16. Job Title:**  Grants Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-369

**Agency Response:**  Two selections were made
- Both were Non-Veterans
- Both Female
- One Caucasian.  One African American
- Ages are 28 and 49
- Missouri & Oklahoma

**17. Same announcement as #14.**

**18. Job Title:**  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-226

**Agency Response:**  No selection was made

**19. Job Title:**  Underwriter
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-119

**Agency Response:** Two Selections were made.
- Both Non-Veterans
- Both Male
- Both Caucasian
- Ages are 53 and 51
- California & Colorado

4

**20. Job Title:** Senior Underwriter
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-147

**Agency Response:** Three selections were made.
- All Non-Veterans
- One Male. Two Females
- One Hispanic. Two Caucasian
- Ages are 59, 40, and 47
- New Hampshire, Maryland, & Colorado

**21. Job Title:** Senior Single Family Housing Specialist (QAD)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-3137

**Agency Response:** Three selections were made
- One Veteran. Two Non-Veterans
- One Female. Two Males
- One African American. Two Caucasian
- Ages are 36, 66, 32
- Florida & Georgia

**22. Job Title:** Housing Program Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-124

**Agency Response:** Three selections were made.
- One Veteran. Two Non-Veterans
- One Male. Two Female
- One African American. Two Caucasian
- Ages are 48, 51, and 31
- New Hampshire & Oklahoma

**23. Job Title:** Supervisory Housing Program Policy Specialist
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 14-HUD-019

**Agency Response:** One selection was made
- Non-Veteran
- Female
- Caucasian
- 39
- Oklahoma

5

**24. Same announcement as #23.**

**25. Job Title:** Multifamily HUB Director
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 13-HUD-187

**Agency Response:** One selection was made.
- Non-Veteran
- Female
- Caucasian
- 40
- Missouri

**26. Job Title:** Director, Processing and Underwriting Division
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 13-HUD-102P

**Agency Response:** No Selection

**27. Job Title:** Senior Single Family Housing Specialist (QAD)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: 13-HUD-082

**Agency Response:** One selection was made
- Non-Veteran
- Female
- Caucasian
- 64
- Colorado

**28. Job Title:** Supervisory Single Family Housing Specialist (REO)
Department: Department of Housing and Urban Development
Agency: Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number: F12-MP-735171-TRD

**Agency Response:** One selection was made
- Veteran
- Male
- Caucasian
- 45
- Colorado

**29. Job Title:** Senior Underwriter

Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  F12-738809-HUD-IN

**Agency Response:**  Three selections were made
- All Non-Veterans
- All Woman
- 2 Caucasian. 1 African American
- Ages are 47, 47, and 34
- New Jersey, Pennsylvania, and Alabama

**30. Job Title:**  Senior Project Manager
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  F12-MP-711703-RSC

**Agency Response:**  One selection
- Non-Veteran
- Male
- Hispanic
- 37
- Texas

**31. Same announcement as #9.**

**32. Same announcement as #13.**

**33. Job title:**  Single Family Housing Specialist (REO)
Department:  Department of Housing and Urban Development
Agency:  Department of Housing and Urban Development – Agency Wide
Job Announcement Number:  14-HUD-164

**Agency Response:**  No selection was made.

**34. Job Title:**  Supervisor Housing Program Policy Specialist
Department:  Department of Housing and Urban Development
Agency:  Assistant Secretary for Housing-Federal Housing Commissioner
Job Announcement Number:  14-HUD-020P

**Agency Response:**  No selection was made.