IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NEAL K. MADDOX                                                                         PLAINTIFF

v.                         CASE NO. 4:21-CV-00353-BSM

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, Secretary                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE